IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                        CASE NO. 4:07CV00875 BSM

LEROY MUNCY                                                                                DEFENDANT

### ORDER

The court, after reviewing the record, finds that an initial scheduling order is unnecessary but that the court should issue a final scheduling order. The parties are to advise the court within five calendar days from receipt of this Order whether they agree that an initial scheduling order is unnecessary. If the parties do not object, the court will issue a final scheduling order. *See* Fed. R. Civ. P. 16(b)(1)(B).

IT IS SO ORDERED this 28th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE