IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                               NO. 4:07CV00875 BSM

LEROY MUNCY                                                           DEFENDANT

### JUDGMENT

Pursuant to the Order filed this date, judgment is entered in favor of the United States.  Leroy Muncy, his agents and all those in active concert or participation with him are hereby permanently enjoined from filing or attempting to file any document or instrument of any description which purports to create any nonconsensual lien or encumbrance against the person or property of any employee or officer of the United States of America.

IT IS SO ORDERED this 15th day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE